Andrew Delahunt
*Admitted Pro Hac Vici*
Law Offices of Andrew Delahunt
10231 South Brookhurst Street Anaheim, CA, 92804
Phone: (310) 351-7332
Fax: (310) 775-4466
Email: andrew@andrewdelahunt.com

Attorney for Defendant Carlos Alberto Martinez

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO MARTINEZ, and<br>ADOLFO MARTINEZ, JR.<br><br>Defendants. | Case No.: 3:22-cr-00405-IM<br><br>STIPULATION REGARDING:<br>(1) CONTONUING CHANGE OF PLEA HEARING; AND (2) FINDING PERIODS OF EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT<br><br>CURRENT CHANGE OF PLEA DATE: June 9, 2026, at 2:30 PM.<br>PROPOSED CHANGE OF PLEA: October 6, 2026, at 2:30 PM. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the District of Oregon and Assistant United States Attorney Scott M. Kerin; defendant CARLOS ALBERTO MARTINEZ, individually and by and through his counsel of record, Andrew Delahunt; and defendant ADOLFO MARTINEZ, JR., individually and by and

through his counsel of record, Ernest Lutz, (collectively "defendants," and together with the government, the "parties"), hereby stipulate as follows and ask that the Court so find:

1. This matter is currently scheduled for a change of plea hearing on June 9, 2026. The Speedy Trial Act, 18 U.S.C. § 3161, requires that trial of this felony matter begin within 70 days of the date the defendant first appears before a judicial officer of the court in which such charge is pending. In this case, defendants waived their right to a Speedy Trial Act, vacated the prior trial, and set the change of plea.
2. The Parties represent that negotiated dispositions have been obtained and the Parties are finalizing written plea agreements. The Parties request the Court vacate the current change of plea and set a change of plea hearing for October 6, 2026, at 2:30 PM or a reasonable time thereafter based on the Court's calendar.
3. Counsel for the defendants represent that additional time is necessary to finalize the plea agreements and file them with the Court. Defendants, through the respective counsel of record, submit that the failure to grant the request would deny defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, defendants submit that the failure to grant the requested continuance would result in a miscarriage of justice because defense counsel would not be able to adequately prepare this case for trial, if necessary.
4. The government does not object to the continuance. Additionally, attorney Lutz is unable to attend the currently scheduled change of plea hearing due to an unforeseen medical emergency requiring ongoing treatment and time away from work.

5. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.
6. The undersigned defense counsel represent that they have conferred with their clients regarding the requested continuance of the trial date, and that defendants concur with the request.
7. The parties submit that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendants in an earlier trial date.
8. Therefore, defendants request, and the parties stipulate, that the Court vacate the trial date and set a change of plea hearing for October 6, 2026, at 2:30 PM, or a reasonable time thereafter based on the Court's calendar.
9. The parties further request and stipulate that the Court find that the time between the current change of plea hearing, and the requested change of plea hearing on October 6, 2026, or a reasonable time thereafter based on the Court's calendar, be excluded from the computation of the time for trial under the Speedy Trial Act pursuant to Title 18, Sections 3161(h)(1) and 3161(h)(7) because it is a delay resulting from other proceedings concerning the defendants and the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would deny defense counsel the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.

11. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 2, 2026

*<u>/s/ Scott M. Kerin</u>*
Scott M. Kerin
United States Attorney's Office

DATED: June 2, 2026

*<u>/s/ Andrew Delahunt</u>*
Andrew Delahunt
Attorney for Defendant
Carlos Alberto Martinez

DATED: June 2, 2026

*<u>/s/ Ernest Lutz</u>*
Ernest Lutz
Attorney for Defendant
Adolfo Martinez, Jr.

I am CARLOS ALBERTO MARTINEZ'S attorney. I have carefully discussed every part of this stipulation with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 6, 2026 is an informed and voluntary one.

*/s/ Andrew Delahunt*
ANDREW DELAHUNT

Date: June 2, 2026

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the request and give up my right to be brought to trial earlier than October 6, 2026.

Carlos Martinez
CARLOS ALBERTO MARTINEZ
Defendant

Date: June 2, 2026

I am ADOLFO MARTINEZ, JR.'S attorney. I have carefully discussed every part of this stipulation with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 6, 2026 is an informed and voluntary one.

*/s/ Ernest Lutz* Date: June 2, 2026
ERNEST LUTZ

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the request and give up my right to be brought to trial earlier than October 6, 2026.

Adolfo Martinez Date: June 2, 2026
ADOLFO MARTINEZ, JR.
Defendant